UNIVERSAL CARLOADING & DISTRIBUTING Co. INC., Respondent, v. LOREN HENDRIX, as Receiver of MIDWEST HAULERS, INC., Appellant. (Actions Nos. 1, 2 and 3.)

Submitted April 11, 1955; decided April 28, 1955.

*Joseph Kane* for motion.

*James M. Hughes* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.